# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | DAVID EDWARD WALL |
| Case Number: | 2:09-bk-13942-GBN   Chapter: 7 |
| Date / Time / Room: | FRIDAY, NOVEMBER 20, 2009 09:15 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | KAYLA MORGAN |

### Matter:

ADV: 2-09-01251

**Capital One Bank (USA), N.A. vs DAVID EDWARD WALL**
STATUS HEARING RE: COMPLAINT TO DETERMINE DISCHARGEABILITY.

R / M #:   0 / 0

### Appearances:

VINCENT RENDA, ATTORNEY FOR CAPITAL ONE BANK (T)
KEVIN J RATTAY, ATTORNEY FOR DAVID EDWARD WALL

### Proceedings:

MR. RENDA REQUESTS A DISCOVERY CUTOFF DATE; ALTHOUGH, IT IS ADDED THAT THEY ARE ATTEMPTING TO THE RESOLVE THE MATTER.

MR. RATTAY STATES THAT SIXTY DAYS WOULD BE FINE.

THE COURT:  A CONTINUED HEARING IS SET FOR JANUARY 19, 2010 AT 9:15 A.M. UNLESS THE MATTER IS RESOLVED, AT WHICH IT CAN BE VACATED BY A STIPULATED ORDER.